Gloria Martinez-Senftner (164048)
James L. Pearson (322962)
Martinez Law Group, PC
1600 Sacramento Inn Way, Suite 116
Sacramento, CA 95817

Telephone:    (916) 797-9907

Attorneys for Plaintiffs

IN THE UNITED STATES DISTGIST COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaias MOSQUEDA and Erica TENERIO<br><br>Plaintiff<br><br>Vs<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, YUBA COUNTY, ET AL<br><br>Defendants | Case # 2:20-CV-00729-KJM-DB<br><br>STIPULATION AND ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT. |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS(S) OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the parties stipulate to the filing of a Second Amended Complaint. Defendant responses shall be fileld no later than April 30, 2021, or 28 days from the filing of the Second Amended Complaint, whichever is later. Pretrial Scheduling Conference is to be held June 3, 2021.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: March 29, 2021 | DATED: March 29, 2021 |
| By:____/s/ Gloria P. Martinez Senftner<br>*Gloria P. Martinez-Senftner*<br>*James L. Pearson*<br>*Attorney for Plaintiffs* | By:__/s/ Joseph B. Frueh_____<br>*Joseph B. Frueh*<br>*Assistant United States Attorney*<br>*United States Attorney's Office* |

DATED: March 29, 2021

By:___/s/ Matthew W. Gross_____
*Carl L. Fessenden*
*Matthew W. Gross*
*Attorneys for Defendant COUNTY OF YUBA*

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

The foregoing Stipulation of the parties is accepted and approved. Plaintiffs may file their Second Amended Complaint, with Defendants' responses due no later than April 30, 2021, or 28 days from the filing of the SAC, whichever is later. The Pretrial Scheduling Conference is to be held June 3, 2021 at 2:30 p.m.

Defendants' ex parte application for an extension to respond to the First Amended Complaint at ECF No. 21 is denied as moot.

DATED:  March 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE